UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DEBORA A. BOONE, Administratrix of** the Estate of Craig S. Hutchison, | : | Case No. C-1-02-147 |
| | : | Judge Beckwith |
| **Plaintiff,** | | Magistrate Judge Hogan |
| | : | |
| - vs - | | **NOTICE OF SETTLEMENT** |
| | : | |
| **AMERICAN UNITED LIFE INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

Plaintiff Debora A. Boone, Administratrix of the Estate of Craig S. Hutchison, and Defendant American United Life Insurance Company hereby give notice that they have reached a settlement regarding all claims and defenses asserted in this case. The parties anticipate that they will complete all paperwork necessary to effect a dismissal with prejudice within 30 days of the date of this notice.

Respectfully submitted,

/s/ Robin J. Levine (per telephone authorization 4/5/04)
Michael E. Cassity (0010884)
Robin J. Levine (0046809)
Cassity Law Offices
P. O. Box 478
107 East Main Street
Mt. Orab, Ohio 45154
(937) 444-2626

Attorney for Plaintiff
Debora A. Boone, Administratrix of the
Estate of Craig A. Hutchison

/s/ Robert P. Johnson
Robert P. Johnson (0040109)
THOMPSON HINE LLP
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202
(513) 352-6769

Attorney for Defendant
American United Life Insurance Company

#478731 v1